UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB ANDREW JOHNSTON,<br><br>    Plaintiff,<br>  v.<br><br>DAVID HAMMOND; and ELIZABETH BONBRIGHT,<br><br>    Defendants. | CASE NO. 3:23-cv-05468-TL<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff Jacob Andrew Johnston's motion for voluntary dismissal.[1] Dkt. No. 6.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing for dismissal before the opposing party serves either an answer or

---

[1] Plaintiff lists this case number in his motion as "3:23-cv-05465-TL-BA." The slight difference in the case number appears to be in error, given that Plaintiff filed the motion on this specific docket and that the Court has independently searched for and found no other case in this District in which Plaintiff is a party that matches the numbers Plaintiff cites. *See Snow v. Medix Ambulance Serv. Inc.*, No. C23-5465 (W.D. Wash. May 22, 2023). The "TL-BA" in Plaintiff's case number also largely matches the initials of the District Judge and the Magistrate Judge originally assigned to this matter. *See* Dkt. No. 1 at 1 (case stamp containing "TL-BAT").

ORDER OF DISMISSAL - 1

a motion for summary judgment. No Defendant has yet appeared in this action, much less served an answer or motion for summary judgment. Plaintiff's action is therefore ripe for voluntary dismissal by right.

Accordingly, Plaintiff's motion for voluntary dismissal (Dkt. No. 6) is GRANTED. This case is DISMISSED without prejudice. All other pending motions are STRICKEN as moot. The Clerk is DIRECTED to close this case.

Dated this 14th day of June 2023.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 2